**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

| | |
|---|---|
| **CASE NO.:** CV 09-07790 SJO (VBKx) | **DATE:** December 17, 2009 |
| **TITLE:** Carpenters Southwest Administrative Corporation, et al. v. Edward C. Lukas, et al. | |

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                             Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Notice of Dismissal filed on 12/16/09.  Accordingly, the Court Orders this matter dismissed.  JS-6.